

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER

Appellate case name:        Edward Guerra v. The State of Texas

Appellate case number:     01-17-00464-CR

Trial court case number:    1526245

Trial court:                230th District Court of Harris County

Appellant's court-appointed counsel, Kevin P. Keating, filed a motion to withdraw and appellate brief on September 22, 2017, concluding that the above-referenced appeal is frivolous. *See Anders v. California*, 386 U.S. 738, 744, 87 S. Ct. 1396, 1400 (1967). On October 5, 2017, appellant, Edward Guerra, acting pro se, filed a pro se motion for access to the appellate record to prepare a response and also requests a 60-day extension of time to file his pro se *Anders* brief response. *See Kelly v. State*, 436 S.W.3d 313, 315, 318–20 (Tex. Crim. App. 2014).

Accordingly, the Court **grants** appellant's motion and **orders** the district clerk, no later than **10 days** from the date of this order, to provide a copy of the clerk's and reporter's records to the pro se appellant. The trial court clerk shall further certify to this Court, within **15 days** of the date of this order, the date upon which delivery of the records to the appellant is made.

Finally, we **grant** appellant's motion for an extension of time to file a pro se *Anders* response. Appellant's pro se response to his counsel's *Anders* brief shall be filed within **60 days** of the date of this order.

It is so ORDERED.

Judge's signature: /s/ Evelyn V. Keyes
                        ☑ Acting individually     ☐ Acting for the Court
Date: October 17, 2017